1  Matthew A. Rosenthal, Esq. (SBN 279334)
   Matt@westgatelaw.com
2  Westgate Law
   15760 Ventura Blvd., Suite 880
3  Los Angeles, CA  91436
   T: (818) 200-1497; F: (818) 574-6022
4  Attorney for Plaintiff,
   JESUS CARLOS
5

6               **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
7                      **WESTERN DIVISION**

8  JESUS CARLOS,                  )  **Case No.: 2:16-cv-2598**
                                  )
9                                 )
            Plaintiff,            )  **PLAINTIFF'S NOTICE OF**
10                                )  **VOLUNTARY DISMISSAL WITH**
                                  )  **PREJUDICE PURSUANT TO**
11      v.                        )  **FEDERAL RULE OF CIVIL**
                                  )  **PROCEDURE 41(a)(1)**
12 CONSUMER PORTFOLIO             )
                                  )
13 SERVICES, INC.,                )
                                  )
14          Defendant.            )

15      **PLEASE TAKE NOTICE** that Plaintiff Jesus Carlos, pursuant to Fed. R.

16 Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this

17 action as to herself in her individual capacity *with prejudice*.  Defendant Consumer

18 Portfolio Services, Inc. has neither answered Plaintiff's Complaint, nor filed a

19 motion for summary judgment.  Accordingly, this matter may be dismissed with

20 prejudice without an Order of the Court.

21

22

23

24

25

RESPECTFULLY SUBMITTED,

DATED: May 2, 2016           WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. I further certify that on May 2, 2016, a copy of the forgoing was served upon Defendant via email transmission to the following:

Lisette Reynoso
19500 Jamboree Rd
Irvine, CA 92612
lisette@consumerportfolio.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal